

Form CA 1-B: Final Notice and Acknowledge for Service by Mail

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

LASHAWN MICHELLE MINOR
*Plaintiff(s)*

v.

Case No: 2013 CA 006600 M

Laboratory Corp Of America
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
Laboratory Corp Of America
CYTO 1447 YORK COURT
BURLINGTON, NC 27215

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on September 30, 2013 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): October 23, 2013 .

_____
*Signature*

October 23, 2013
_____
*Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

    I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____

_____

_____   _____   _____

*Signature*                         *Relationship to Defendant/Authority*   *Date of Signature*
                                             *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828    如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bài dịch, hãy gọi (202) 879-4828    □□□□ □□□ □□□□□ (202) 879-4828 □□□□    번역을 원하시면, (202) 879-4828 로 전화주십시요



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

LASHAWN MICHELLE MINOR
    Vs.                              C.A. No.     2013 CA 006600 M
LABORATORY CORPORATION OF AMERICA

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge JUDITH N MACALUSO
Date:  September 27, 2013
Initial Conference: 9:30 am, Friday, January 03, 2014
Location:  Courtroom 415
             500 Indiana Avenue N.W.
             WASHINGTON, DC  20001                                  Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
Washington, D.C. 20001 Telephone: (202) 879-1133

Lashawn Michelle Minor
_____
Plaintiff

vs.

Laboratory Corporation of America
_____
Defendant

**13 - 0 0 0 6 6 0 0**

Case Number _____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Lashawn Michelle Minor
_____
Name of Plaintiff's Attorney

4029 9th St NE #3
_____
Address

Washington DC 20017

202 827-4902
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date __05/27/13__

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화하십시오      የአማርኛ ትርጉም ከፈለጉ በ (202) 879-4828 ይደውሉ

**IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._**

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

Ke

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

FILED
CIVIL ACTIONS BRANCH

SEP 2 7 2013

of the
~~~~~
Washington, D.C.

Lashawn Michelle Minor
4029 9th St NE #3 *Plaintiff*
Washington DC 20017
vs.

13 - 0 0 0 6 6 0 0

CIVIL ACTION NO. _____

*Defendants*

Laboratory Corporation of America
LabCorp Burlington
Cyto 1447 York Court
Burlington NC 27215-3361

**COMPLAINT**

1.  **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**

I have been tested for HIV and the results were
incorrected also HPV results and Pap Smear
has been incorrected and all my Blood Drawing
for HIV

500,000.00
~~50,000~~

**Wherefore, Plaintiff demands judgment against Defendant in the sum of $** _____
**with interest and costs.**

202 827-4902
**Phone:**

**DISTRICT OF COLUMBIA, SS**

Lashawn Michelle Minor **, being first duly sworn on oath deposes and says that the**
**foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all**
**set-off and just grounds of defense.**

Lashawn Michelle Minor
**(Plaintiff** **Agent)**

**Subscribed and sworn to before me this** 27 **day of** September 2013

Michelle Lau
**(Notary Public/Deputy Clerk)**

FC

Case: 2013 CA 006600 M
0004276659
DEF: CHKCH

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

### INFORMATION SHEET     13 - 0 0 0 6 6 0 0

_Lashawn Michelle Minor_

Case Number: _____

vs     Date: _September 27 2013_

_Laboratory Corporation of America_ ☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)*  _Lashawn Minor_ | Relationship to Lawsuit |
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☑ Self (Pro Se) |
| Telephone No.:        Six digit Unified Bar No.:  _202 827-4950_ | ☐ Other: _____ |

TYPE OF CASE: ☑ Non-Jury      ☐ 6 Person Jury      ☐ 12 Person Jury

Demand: $ _50,000 - 500.00_        Other: _____
_500,000.00_

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____      Judge: _____      Calendar #:_____

Case No.:_____      Judge: _____      Calendar#:_____

---

NATURE OF SUIT:      *(Check One Box Only)*

**A. CONTRACTS**                                    COLLECTION CASES

☐ 01 Breach of Contract          ☐ 07 Personal Property          ☐ 14 Under $25,000 Pltf. Grants Consent
☐ 02 Breach of Warranty          ☐ 09 Real Property-Real Estate   ☐ 16 Under $25,000 Consent Denied
☐ 06 Negotiable Instrument       ☐ 12 Specific Performance        ☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 15 Special Education Fees      ☐ 13 Employment Discrimination   ☐ 18 OVER $25,000 Consent Denied
☐ 10 Mortgage Foreclosure
    D.C. § 42-815

**B. PROPERTY TORTS**

☐ 01 Automobile                  ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion                  ☐ 04 Property Damage                   ☐ 06 Traffic Adjudication
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process            ☐ 09 Harassment                 ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection     ☐ 10 Invasion of Privacy             Not Malpractice)
☐ 03 Assault and Battery         ☐ 11 Libel and Slander          ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury ☐ 12 Malicious Interference     ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)  ☐ 13 Malicious Prosecution      ☐ 20 Friendly Suit
☐ 06 False Accusation            ☑ 14 Malpractice Legal          ☐ 21 Asbestos
☐ 07 False Arrest                ☐ 15 Malpractice Medical (Including Wrongful Death)   ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                       ☐ 16 Negligence- (Not Automobile,   ☐ 23 Tobacco
                                     Not Malpractice)           ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/Jun 13

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 Insurance/Subrogation
  Under $25,000 Pltf.
  Grants Consent
- ☐ 08 Quiet Title
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)

- ☐ 10 T.R.O./ Injunction
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award
  (DC Code § 16-4401)

- ☐ 25 Liens: Tax/Water Consent Granted
- ☐ 26 Insurance/ Subrogation
  Under $25,000 Consent Denied
- ☐ 27 Insurance/ Subrogation
  Over $25,000 Pltf. Grants Consent
- ☐ 28 Motion to Confirm Arbitration
  Award (Collection Cases Only)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 30 Liens: Tax/ Water Consent Denied
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower
- ☐ 34 Insurance/Subrogation
  Over $25,000 Consent Denied

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-1519 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a) (1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

_____
Attorney's Signature

09/27/13
_____
Date

CV-496/Jun 13



CERTIFIED MAIL™

7011 1150 0001 5171 4494

SUPERIO
OF THE DISTRIC
WASHINGTON, D.C. 20001

OFFICIAL BUSINESS
PENALTY FOR MISUSE

LABORATORY CORP OF AMERICA
CYTO 1447 YORK COURT
BURLINGTON, NC 27215
2013CA6600

English     Customer Service     USPS Mobile

Register / Sign In



Search USPS.com or Track Packages

**Quick Tools**
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Find ZIP Codes™
Hold Mail
Change of Address

Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

**Tracking Number: 70111150000151714494**

## Product & Tracking Information

| Postal Product: | Features: |
| | Certified Mail™ |

## Available Options

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **October 29, 2013 , 6:52 am** | **Delivered** | **BURLINGTON, NC 27215** |
| October 28, 2013 , 10:36 am | Available for Pickup | BURLINGTON, NC 27215 |
| October 28, 2013 , 10:33 am | Arrival at Unit | BURLINGTON, NC 27215 |
| October 26, 2013 | Depart USPS Sort Facility | GREENSBORO, NC 27498 |
| October 26, 2013 , 5:39 pm | Processed through USPS Sort Facility | GREENSBORO, NC 27498 |
| October 26, 2013 | Depart USPS Sort Facility | GAITHERSBURG, MD 20898 |
| October 25, 2013 , 9:09 pm | Processed through USPS Sort Facility | GAITHERSBURG, MD 20898 |

## Track Another Package

What's your tracking (or receipt) number?

Track It

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

Form CA 1-B: Final Notice and Acknowledge for Service by Mail

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

LASHAWN MICHELLE MINOR
*Plaintiff(s)*

v.

Case No: 2013 CA 006600 M

Laboratory Corp Of America
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
Laboratory Corp Of America
CYTO 1447 YORK COURT
BURLINGTON, NC 27215

   The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

   Our records indicate that on September 30, 2013 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

   You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

   If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

   If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

   This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): October 23, 2013 .

_____
*Signature*

October 23, 2013
_____
*Date of Signature*

1

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER**

I (print name) Matthew Reinhart _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address): _____ via e-mail from Laboratory Corp
of America, 531 S. Spring St.
Burlington, NC 27215

_Matthew Reinhart_ ___ Counsel for Laboratory Corp of America  10/29/2013
Signature                 Relationship to Defendant/Authority    Date of Signature
                          to Receive Service

2