IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
_____

| | | |
|---|---|---|
| **LASHAWN MICHELLE MINOR** | : | |
| | : | |
| Plaintiff | : | Case No. 13-CV-1793-ESH |
| | : | |
| v. | : | |
| | : | |
| **LABORATORY CORPORATION OF AMERCIA** | : | |
| | : | |
| Defendant | : | |

_____

# DEFENDANT LABORATORY CORPORATION OF AMERICA'S MOTION TO DISMISS

Defendant Laboratory Corporation of America ("LabCorp"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), moves this Court to dismiss Plaintiff Lashawn Michelle Minor's Complaint for failure to state a claim upon which relief can be granted. In support of this Motion, LabCorp submits the attached Memorandum of Points and Authorities.

DATED:  November 20, 2013	Respectfully submitted,

/*s*/ Bruce R. Parker

Bruce R. Parker (Bar No. 437418)
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
brparker@venable.com
(410) 244-7400
(410) 244-7742 (fax)

*Attorney for Laboratory Corporation of America*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| **LASHAWN MICHELLE MINOR** | : | |
| | : | |
| Plaintiff | : | **Case No. 13-CV-1793-ESH** |
| | : | |
| v. | : | |
| | : | |
| **LABORATORY CORPORATION OF AMERCIA** | : | |
| | : | |
| Defendant | : | |

_____

## CERTIFICATE OF SERVICE

This is to certify that, on the 20th day of November, 2013, a copy of the foregoing *Motion to Dismiss* and *Memorandum of Points and Authorities in Support* was sent by mail, first-class, postage prepaid, to:

LASHAWN MICHELLE MINOR
4029 9TH Street NE #3
Washington, D.C. 20017

*Pro se Plaintiff*

                                                 */s/* Bruce R. Parker
                                                 Bruce R. Parker